

January 6, 2015

Mr. Neil E. Hoobler
President
Supreme Manufacturing, Inc.
327 Billy Boyd Road
Stoneboro, PA 16153

Re:     Proposal letter dated December 30, 2014 from Maxus Capital Group, LLC to Supreme Manufacturing, Inc. ("Proposal Letter")

Dear Neil:

While reviewing the executed Proposal Letter, an error was noted in the description of the "Issuance Fee" (any capitalized term used herein and not otherwise defined shall have the meaning given it in the Proposal Letter).  The Proposal Letter states that the Issuance Fee would be equal to two percent (2%) of the aggregate Lease Facility, while in our previous discussions, you were advised that it would equal two percent (2%) of $8,166,700.00, the sale price of the Equipment.

Accordingly, in order to correct this scrivener's error, Supreme Manufacturing, Inc. and Maxus Capital Group, LLC hereby agree that the Proposal Letter will be amended by deleting the row which currently reads:

ISSUANCE FEE:                Two percent (2%) of the aggregate Lease Facility.

and replacing it with the following:

ISSUANCE FEE:                Two percent (2%) of the sale price of the Equipment.

Please indicate your consent to the forgoing amendment by signing a copy of this letter in the space provided and returning it to my attention. You may retain the original for your records. Please let me know if you have any questions.

Sincerely,

**Maxus Capital Group, LLC**


Chris A. Di Lillo
President and CEO

Acknowledged and agreed to this 7th day of January, 2015

Supreme Manufacturing, Inc.
Accepted by: _____

Printed Name: NEIL E. HOOBLER

Title: PRESIDENT