

## MAXUS
CAPITAL GROUP

SENT VIA 1ST CLASS U. S. MAIL

October 20, 2015

Mr. Neil Hoobler, President
Supreme Manufacturing Inc.
327 Billy Boyd Road
Stoneboro, PA 16173

Re:   Schedule 002 issued pursuant to Master Agreement No. 1425, each by and between Supreme
      Manufacturing Inc., as Lessee, and Maxus Capital Group, LLC, as Lessor

Dear Mr. Hoobler:

Enclosed is Supreme Manufacturing Inc.'s Check No. 22623 in the amount of $20,507.40.

As discussed, the amount tendered is insufficient to pay the Early Purchase Amount as set forth in the Schedule, to wit:

> The Early Purchase Option Amount is equal to the sum of all advances made by Lessor to Lessee
> hereunder, plus any and all unpaid amounts then due and owing Lessor under this Lease, including
> but not limited to, unpaid rent, expenses, penalties or fees due or to become payable to Lessor
> upon lease expiration or termination.

Supreme Manufacturing Inc. ("Supreme") was provided a settlement statement which disclosed the unpaid principal amount, the Servicer Fee, interim interest, the exit fee and legal and administrative fees. The amount tendered did not include the exit fee of $245,001.00.

Upon receipt of Supreme's payment of $265,508.40, plus (a) any accrued interest at the rate set forth in the Master Agreement of 2% per month for any payment not made within three days of its due date and (b) as an administrative fee of $75.00 for any payment not made when due, Maxus Capital Group, LLC shall issue a bill of sale to Supreme conveying all of its right, title and interest in the Equipment (as such term is defined in the Schedule), free and clear of all liens and encumbrances created by, through or under Maxus.

Very truly yours,

Dennis J. Diemer
General Counsel

Enclosure

THE POWER TO PROSPER

CORPORATE HEADQUARTERS  31300 BAINBRIDGE ROAD  CLEVELAND, OH 44139
PHONE (440) 519-2400 FAX (440) 519-2401
MAXUSCAPITAL.COM

**SUPREME MANUFACTURING INC.**
327 BILLY BOYD ROAD
STONEBORO, PA 16153


AmeriServ.com
60-106-313

10/15/2015

PAY TO THE ORDER OF   MAXUS CAPITAL GROUP, LLC    $  **20,507.40

Twenty Thousand Five Hundred Seven and 40/100*********************************************************************  DOLLARS

MAXUS CAPITAL GROUP, LLC
ATTN: MIKE FEDELE
31300 BAINBRIDGE RD
CLEVELAND, OH 44139

MEMO  LEASE # 1425-002

Kathleen Wilson
AUTHORIZED SIGNATURE

---

**SUPREME MANUFACTURING INC.**                                                                 22623

MAXUS CAPITAL GROUP, LLC                         10/15/2015
ADMINISTRATIVE FEES                                                       2,875.00
INTEREST EXPENSE                                                         12,632.40
PROFESSIONAL FEES                                                         5,000.00




AMERISERV-OPERA    LEASE # 1425-002                                      20,507.40